FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE JOHN GONZALES, JR.,<br><br>Defendant. | No. 1:18-CR-02019-SMJ<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS**<br><br>**\*\*\*U.S. MARSHALS SERVICE ACTION REQUIRED\*\*\*** |

Before the Court is the Government's Motion to Dismiss Indictment/Superseding Indictment, ECF No. 91, and related motion to expedite, ECF No. 92. The Government seeks the Court's leave to dismiss the Indictment, ECF No. 1, and Superseding Indictment, ECF No. 48, without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Having reviewed the pleadings and the file in this matter, the Court grants the Government leave to dismiss the Indictment and Superseding Indictment.

Accordingly, **IT IS HEREBY ORDERED**:

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS - 1

1. The Government's Motion to Dismiss Indictment/Superseding Indictment, **ECF No. 91**, and related motion to expedite, **ECF No. 92**, are **GRANTED**.

2. The Indictment, **ECF No. 1**, and Superseding Indictment, **ECF No. 48**, are **DISMISSED WITHOUT PREJUDICE**.

3. The U.S. Marshals Service is directed to **RELEASE** Defendant immediately from custody no later than **October 12, 2018**.

4. All dates, deadlines, and hearings in this matter are **STRICKEN**.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Marshals Service, and the U.S. Probation Office.

**DATED** this 12th day of October 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge